**Order entered August 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00915-CV

## IN THE INTEREST OF A.M., A MINOR

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF12-11107-U**

## ORDER

The reporter's record in this termination of parental rights appeal is overdue. By postcard dated July 28, 2014, we notified Court Reporter Elizabeth Griffin the reporter's record was overdue in this case. We directed Ms. Griffin to file the record within ten days and cautioned her that any request for an extension must be submitted in writing explaining the extraordinary reasons for the delay. To date, Ms. Griffin has not responded.

Accordingly, we **ORDER** Elizabeth Griffin, Official Court Reporter for the 302nd Judicial District Court, to file, within **TEN DAYS**, either (1) the reporter's record; (2) written verification that appellant has not requested the record; or (3) written verification that a contest to the affidavit of indigency has been filed and sustained.

Because this is a parental termination case, we remind both the trial court and Ms. Griffin that it is the responsibility of the Court Reporter to prepare, certify, and timely file the reporter's record and that the trial court must direct Ms. Griffin to immediately commence the preparation

of the reporter's record. The trial court must arrange a substitute reporter if necessary. TEX. R. APP. P. 28.4(b)(1).

We notify appellant that if we receive verification that no request for the record has been made, or that appellant, if not indigent, has not paid for the record, the appeal will be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to the following persons:

Honorable Tena Callahan
Presiding Judge of the 302nd Judicial District Court

Elizabeth Griffin
Official Court Reporter, 302nd Judicial District Court

All parties

/s/     CAROLYN WRIGHT
CHIEF JUSTICE